```
 1  JEFFREY A. DICKERSON
    NEVADA Bar No. 2690
 2  9655 Gateway Dr., Suite B
    Reno, NV 89521
 3  (775) 786-6664
    (775) 786-7466-Facsimile
 4  Attorney for Plaintiff
 5
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN W. INMAN,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID THAWLEY, an individual, JOHN LILLEY, an individual, UNIVERSITY AND COMMUNITY COLLEGE SYSTEM OF NEVADA, a political subdivision of the State of Nevada,<br><br>Defendants. | CASE NO. CV-N-05-0157-LRH-(VPC)<br><br>STIPULATION AND ORDER FOR ENLARGEMENT OF TIME<br>(FIRST REQUEST) |

The parties, by and through their undersigned counsel hereby stipulate and agree that Plaintiff may and should have an enlargement of time in which to oppose Defendants' Motion for Summary Judgment from April 18th, 2006 to and including May 2nd, 2006 due to Mr. Dickerson's family vacation from April 15th, 2006 to and including April 23rd, 2006.

DATED 4/11/06                                          DATED 4/11/06

LAW OFFICE OF                                          NEVADA SYSTEM OF HIGHER
JEFFREY A. DICKERSON                                   EDUCATION

_____                              _____
JEFFREY A. DICKERSON                                   CHUCK HILSABECK
Counsel for Plaintiff                                  Counsel for Defendants

ORDER

IT IS SO ORDERED this 15th day of April, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE