JEFFREY A. DICKERSON
NEVADA Bar No. 2690
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664
(775) 786-7466-Facsimile
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOHN W. INMAN,

    Plaintiff,

vs.

DAVID THAWLEY, an individual, JOHN LILLEY, an individual, UNIVERSITY AND COMMUNITY COLLEGE SYSTEM OF NEVADA, a political subdivision of the State of Nevada,

    Defendants.

_____/

CASE NO. CV-N-05-0157-LRH-(VPC)

MOTION FOR STAY OF JUDGMENT PENDING APPEAL

    Plaintiff moves the Court pursuant to FRAP 8 for a stay pending the appeal in this case. Specifically, the Defendants have obtained a judgment on the bill of costs and are seeking to execute thereon while the appeal is pending, necessitating the instant relief.

    DATED October 5th, 2007.

    LAW OFFICE OF
    JEFFREY A. DICKERSON

    _____/S/_____
    JEFFREY A. DICKERSON

POINTS AND AUTHORITIES

    FRAP 8(a)(1) requires a motion to the district court to stay judgment pending appeal. FRAP 8(a)(E) gives the Court discretion with respect to filing a bond or other appropriate security. The cost judgment in the case is $3,534.85 at present. In the event the appeal is successful, the Defendant(s) will no longer be the prevailing party and would therefore have

JAD/sh/inman/stay-mtn-pndg-appeal      1

to refund that collected as costs at the district court. Even if a refund in that situation were not necessary, Plaintiff cannot at this time afford to satisfy the judgment. Plaintiff is willing to post a $300 bond in cash with the Clerk to secure the stay.

There is a likelihood of success on appeal. *See Hilton v. Braunskill*, 481 U.S. 770, 107 S.Ct. 2113 (1987) (Rule 8 factors). Of course, the Court has ruled. But there are valid issues on appeal and it cannot be said there is no likelihood of success. The briefs are in and the case is under submission. Thus, there will be no undue delay should the appellate court affirm. There is thus no undue hardship to Defendants in awaiting payment of costs if they remain successful.

Based upon the foregoing, Plaintiff respectfully submits that the Court should enter an order staying execution on the cost bill pending the outcome of the appeal.

DATED October 5th, 2007.

        LAW OFFICE OF
        JEFFREY A. DICKERSON

        _____/S/_____
        JEFFREY A. DICKERSON